EDWARD M. JOYCE *vs.* GEORGE W. PRESCOTT PUBLISHING COMPANY. March 30, 1967. This petition in the county court seeks "to have . . . corrected" the rescript in a libel action by the petitioner against the respondent which was decided by the full court on February 25, 1965, and judgment for the defendant ordered. 348 Mass. 790. The single justice dismissed the petition for want of jurisdiction. The petitioner appealed. There was no error. After the case went to judgment in the Superior Court, the case is no longer subject to the jurisdiction of this court. See *Crocker* v. *Crocker*, 198 Mass. 401, 408–409; *Boston* v. *Santosuosso*, 308 Mass. 189, 194.

*Order dismissing petition affirmed.*

*Edward M. Joyce,* pro se.
*James C. Heigham* for the respondent.


CHARLES P. WILSON *vs.* ADRIENNE S. WILSON. March 30, 1967. This petition by a husband to revoke a decree for separate support was previously here on his appeal from a decree dismissing the petition, and that decree was reversed. 349 Mass. 29. The petition has now been heard anew and granted by another judge, and the wife has appealed. The evidence is not reported. There is a report of material facts. G. L. c. 215, § 11 (as amended through St. 1947, c. 365, § 3). The report contains much unnecessary verbiage and is not in a form suitable for consideration on appeal. We have discarded the useless rhetoric, and are able "properly to adjudicate the subject matter" on the balance of the report. Accordingly, we do not order a further report under G. L. c. 231, § 125A, inserted by St. 1949, c. 171, § 1, as amended by St. 1963, c. 74, § 2. See *Moutinho* v. *Moutinho*, 342 Mass. 171, 173. No error of substance appears.

*Decree affirmed.*

*Melvin Thorner* for Adrienne S. Wilson.
*Louis Karp* for Charles P. Wilson.